# EXHIBIT "4"

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRIAN GWARTZ, M.D., | ) | Case No.: _____ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **MATTHEW PHILLIPS** |
| THOSE CERTAIN UNDERWRITERS | ) | |
| AT LLOYD'S LONDON SUBSCRIBING | ) | |
| TO POLICY NO. RCA43715082A-004; | ) | |
| and DOES 1 through 10, Inclusive, | ) | |
| Defendants. | ) | |

I, Matthew Phillips, of full age, state:

1. I am a Claims Specialist with Liberty Managing Agency Ltd., the managing agent of Syndicate 4472. Syndicate 4472 is the lead Lloyd's syndicate subscribing to Certificate No. RCA43715082A-004, the disability insurance policy ("the Policy") at issue in the above-referenced action.

2. I have personal knowledge of the Policy and benefit claim arising thereunder.

3. The above-named defendants (hereinafter "Underwriters") are foreign syndicates organized and registered under the laws of England and Wales. All such syndicates maintain principal places of business in the United Kingdom of Great Britain and Northern Ireland.

4. The syndicates subscribing to the Policy underwrite insurance through managing agencies. These managing agencies are organized and registered under the laws of England and Wales, and trade through Lloyd's of London, England. The managing agents, like their corresponding syndicates, are located and maintain principal places of business in the United

Kingdom of Great Britain and Northern Ireland.

5.     Syndicate 4472 is a party to the Policy and is not a citizen or resident of the United States. Liberty Corporate Capital, Ltd. is the sole member and corporate capital provider for Syndicate 4472. The syndicate, its corporate member, and its managing agent (Liberty Managing Agency, Ltd.) are all organized, registered and maintain principal places of business in London, England.

6.     I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 14 September, 2020.

*/s/ M Phillips*
Matthew Phillips

8002999_1:08063-00388