| | |
|---|---|
| 1 | FRANK N. DARRAS #128904, Frank@DarrasLaw.com |
| 2 | SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com |
|   | PHILLIP S. BATHER #273236, PBather@DarrasLaw.com |
| 3 | **DarrasLaw** |
| 4 | 3257 East Guasti Road, Suite 300 |
| 5 | Ontario, California 91761-1227 |
|   | Telephone:   (909) 390-3770 |
| 6 | Facsimile:   (909) 974-2121 |
| 7 | Attorneys for Plaintiff |

8         UNITED STATE DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| BRIAN GWARTZ, M.D., | Case No: 8:20-cv-01893 CJC (JDEx) |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| vs. | |
| THOSE CERTAIN UNDERWRITERS AT LLOYDS LONDON SUBSCRIBING TO POLICY NO. RCA43715082A-004; and DOES 1 through 10, inclusive, | |
| Defendants. | Date Action Filed:   July 15, 2020 |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

Dated:  November 25, 2020

**DarrasLaw**

　　　/s/ Frank N. Darras　　　
FRANK N. DARRAS
SUSAN B. GRABARSKY
Attorneys for Plaintiff